# MINUTES OF THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| *SOMBUT PAULUCH* | v. | *ERIC H. HOLDER, JR., et al.* |

THE HONORABLE JOHN W. SEDWICK      CASE NO. 2:09-cv-01416 (JWS)

PROCEEDINGS: **ORDER FROM CHAMBERS**      Date: September 9, 2009

    Sombut Pauluch's filed a petition at docket 1 seeking release from federal custody on the grounds that he has a substantially meritorious claim to United States Citizenship. Subsequently, Pauluch was released from custody on his own recognizance. At docket 14, Magistrate Judge Anderson to whom the petition was referred recommends that it be denied as moot. No objections have been filed. Upon independent review, this court has determined that Judge Anderson's recommendation is correct. Judge Anderson's recommendation is adopted. Based thereon, the petition at docket 1 is **DENIED as moot**.